AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Michael Samson, on behalf of himself, FLSA Collective Plaintiffs, and the Class, <br><br> *Plaintiff(s)* <br> v. <br> Delta Bridge Funding LLC, Cloudfund LLC, Yellowstone Capital LLC, Fundry LLC, Infusion Capital Group LLC, Funderbolt Capital LLC, John Doe Corporations 1-100, David Glass, Yitzhak Stern, Jeffrey Reece, Bartosz Maczuga, Vadim Serebro, Matthew Melnikoff, and Mark Sanders <br><br> *Defendant(s)* | Civil Action No. 2:24-cv-02635-JMA-ARL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Taimur Alamgir
> TA Legal Group PLLC
> 315 Main Street, Second Floor, Huntington, NY 11743
> (914) 552-2669
> tim@talegalgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 04/09/2024



*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-02635-JMA-ARL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

2:24-cv-02635-JMA-ARL

# **RIDER**

Delta Bridge Funding LLC
c/o United Corporate Services, Inc.
874 Walker Rd., Ste. C
Dover, DE 19904

CloudFund LLC
c/o Business Filings Incorporated
187 Wolf Rd., Ste. 101
Albany, NY 12205

Yellowstone Capital LLC
c/o Business Filings Incorporated
187 Wolf Rd., Ste. 101
Albany, NY 12205

Fundry LLC
c/o Business Filings Incorporated
187 Wolf Rd., Ste. 101
Albany, NY 12205

Infusion Capital Group LLC
572 Sackett Street
Brooklyn, NY 11217

Funderbolt Capital LLC
c/o The LLC
1615 Northern Blvd.
Manhasset, NY 11030

David Glass
60 Hendricks Isle
Fort Lauderdale, FL 33301

Yitzhak Stern
220 Surrey Road
Hillside, NY 07205

Jeffrey Reece
456 Cottage Court
Providence, UT 84332

Bartosz Maczuga
16485 Collins Ave., Apt. 636
Sunny Isles Beach, FL 22160

Vadim Serebro
1155 Warburton Ave., Apt. 4N
Yonkers, NY 10701

Matthew Melnikoff
19 The Serpentine
Roslyn, NY 11576

Mark Sanders
13 Longview Road
Port Washington, NY 11050