UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL SAMSON,
*on behalf of himself, FLSA Collective Plaintiffs,*     Case No: 24-CV-2635 (JMA) (ARL)
*and the Class*,

                      Plaintiff,

    - against –

DELTA BRIDGE FUNDING LLC, CLOUDFUND
LLC, YELLOWSTONE CAPITAL LLC, FUNDRY
LLC, INFUSION CAPITAL GROUP LLC,
FUNDERBOLT CAPITAL LLC, JOHN DOE
CORPORATIONS 1-100, DAVID GLASS,
YITZHAK STERN, JEFFREY REECE,
BARTOSZ MACZUGA, VADIM SEREBRO,
MATTHEW MELNIKOFF and MARK SANDERS,

                      Defendants.
---------------------------------------------------------------X

## PLAINTIFFS' NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT OF DEFENDANTS DELTA BRIDGE FUNDING LLC, CLOUDFUND LLC, BARTOSZ MACZUGA, AND VADIM SEREBRO

      Plaintiff Michael Samson and Opt-In Plaintiff Daniel Samson ("Plaintiffs), by and through undersigned counsel, hereby accept the Offer of Judgment extended pursuant to Fed. R. Civ. P. 68 on January 10, 2025 by Defendants Delta Bridge Funding LLC, CloudFund LLC, Bartosz Maczuga and Vadim Serebro in the amount of Fifty-Seven Thousand Dollars ($57,000.00), attached herewith.

Dated:      Huntington, NY
              January 10, 2024

                            **TA LEGAL GROUP PLLC**
                            *Attorneys for Plaintiffs*

                By:    _____
                            Taimur Alamgir
                            315 Main Street, Second Floor
                            Huntington, NY 11743
                            Tel. (914) 552-2669
                            tim@talegalgroup.com