UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL SAMSON, on behalf of himself,
FLSA Collective Plaintiffs, and the Class,

Case No. 2:24-cv-02635
(JMA) (ARL)

Plaintiff,

v.

DELTA BRIDGE FUNDING LLC, CLOUDFUND
LLC, YELLOWSTONE CAPITAL LLC,
FUNDRY LLC, INFUSION CAPITAL GROUP LLC,
FUNDERBOLT CAPITAL LLC, JOHN DOE
CORPORATIONS 1-100, DAVID GLASS,
YITZHAK STERN, JEFFREY REECE,
BARTOSZ MACZUGA, VADIM SEREBRO,
MATTHEW MELNIKOFF and MARK SANDERS,

Defendants.
------------------------------------------------------------X

## OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to Fed. R. Civ. P. 68, Defendants Delta Bridge Funding LLC, CloudFund LLC, Bartosz Maczuga, and Vadim Serebro (collectively, the "Delta Defendants"), by and through their attorneys, Cohen Tauber Spievack & Wagner P.C., hereby offer to allow judgment to be taken by Plaintiff Michael Samson and Opt-In Plaintiff Daniel Samson ("Plaintiffs") against Delta Defendants, in the amount of Fifty-Seven Thousand Dollars and Zero Cents ($57,000.00), inclusive of attorneys' fees and costs.

This offer is not to be construed as an admission of liability by Delta Defendants, nor is it an admission that Plaintiffs have suffered any damages, nor is it an admission of any statement of fact contained in the Class and Collective Action Complaint filed by Plaintiff Michael Samson in this action (the "Complaint").

Acceptance of this offer by Plaintiffs will result in a judgment which shall fully satisfy all federal and state law claims or rights that Plaintiffs may have to damages, or any other form of relief, as asserted in this action against the Delta Defendants, and will act to release and discharge the Delta Defendants from any and all claims and potential claims that were or could have been alleged by Plaintiffs against the Delta Defendants in this action, including but not limited to all claims asserted against the Delta Defendants in the Complaint. Acceptance of this offer by Plaintiffs will not satisfy, release, discharge, or affect in any manner whatsoever any claims or rights to relief that Plaintiffs have asserted, or could assert, against any other Defendants in this action.

Such judgment resulting from acceptance of this offer will not satisfy any actual or potential claim by Plaintiffs except as against the Delta Defendants, or act to release or discharge any claim that is or could be asserted against any other party, and will not compromise or otherwise affect Plaintiffs' claims, potential claims or right to pursue same against other entities or individuals.

If this offer of judgment is not accepted within fourteen (14) days after service, it shall be deemed withdrawn.

Dated: New York, NY
January 10, 2025

**COHEN TAUBER SPIEVACK & WAGNER P.C.**
*Attorneys for Delta Defendants*

By: _____
Stephen Wagner
420 Lexington Avenue
New York, NY 10170

Tel. (212) 586-5600
[swagner@ctws.com](mailto:swagner@ctws.com)