**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MICHAEL SAMSON, on behalf of himself, FLSA
Collective Plaintiffs and the Class,

                Plaintiff,

    - against -

DELTA BRIDGE FUNDING LLC, CLOUDFUND
LLC, YELLOWSTONE CAPITAL LLC, FUNDRY
LLC, INFUSION CAPITAL GROUP LLC,
FUNDERBOLT CAPITAL LLC, JONE DOE
CORPORATIONS 1-100, DAVID GLASS,
YITZHAK STERN, JEFFREY REECE, BARTOSZ
MACZUGA, VADIM SEREBRO, MATTHEW
MELNIKOFF and MARK SANDERS,

                Defendants.
-------------------------------------------------------------X

                **JUDGMENT**
                CV 24-2635 (JMA) (ARL)

       A Notice of Acceptance of Offer of Judgment having filed by Plaintiff Michael Samson

and Opt-In Plaintiff Daniel Samson ("Plaintiffs") on January 3, 2025, accepting Defendants

Delta Bridge Funding LLC, CloudFund LLC, Bartosz Maczuga and Vadim Serebro's

(collectively, the "Delta Defendants") January 10, 2025 offer to allow judgment against them in

the amount of $57,000.00, in full satisfaction of all federal and state claims or right that Plaintiffs

may have to damages, or any other form of relief asserted in this action against the Delta

Defendants, it is

       **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Michael

Samson and Opt-In Plaintiff Daniel Samson against Defendants Delta Bridge Funding LLC,

CloudFund LLC, Bartosz Maczuga and Vadim Serebro in the amount of $57,000.00, in full

satisfaction of all federal and state claims or right that Plaintiffs may have to damages, or any

other form of relief asserted in this action against the Delta Defendants.

Dated: January 17, 2025
      Central Islip, New York

                                    BRENNA B. MAHONEY
                                    CLERK OF COURT

                        By:    /s/ James J. Toritto
                                    Deputy Clerk