

**TAIMUR ALAMGIR, ESQ.**
DIRECT: (914) 552-2669
EMAIL: tim@talegalgroup,com

WWW.TALEGALGROUP.COM

TA LEGAL GROUP PLLC
205 E. MAIN ST, STE. 3-2
HUNTINGTON, NY 11743

December 2, 2025

**VIA ECF**
Honorable Joan M. Azrack
United States District Court
100 Federal Plaza
Central Islip, NY 11722

    Re:    *E.D.N.Y., 2:24-cv-02635-JMA-ARL Samson v. Delta Bridge Funding LLC et al*

Your Honor:

My firm represents the Plaintiffs. We write to provide a brief status update following Plaintiffs' recent communications with the Defendants.

Plaintiffs' position is that discovery should proceed in this matter. Plaintiffs also intend to seek conditional collective action certification as to the FLSA claims. Plaintiff is open to settlement discussions with Defendant Melnikoff as per the below.

Plaintiffs conferred directly with Defendant Sanders via telephone today, and inquired whether he is represented by counsel or intends to obtain counsel. Mr. Sanders did not provide a responsive comment. Plaintiffs also advised him that they intend to proceed with discovery and collective action motion practice. Mr. Sanders did not state a position on these matters.

Plaintiffs separately conferred with Vincent Lentini, Esq., counsel for Defendant Melnikoff. Mr. Lentini advised that Defendant Melnikoff is agreeable to a settlement conference before Magistrate Judge Lindsay and joins Plaintiffs in requesting that this matter be referred for that purpose. Defendant Melnikoff does not oppose proceeding with discovery provided the settlement conference also is scheduled.

Accordingly, Plaintiffs, with consent of Defendant Melnikoff and with no response from Defendant Sanders, respectfully ask the Court to refer the matter for discovery and a settlement conference with Defendant Melnikoff.

We thank the Court for its consideration of this request and attention to this matter.

Respectfully Submitted,
**TA LEGAL GROUP PLLC**

By: _____
      Taimur Alamgir